# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
HARPER, ROSE M. § Case No. 14-13866
§
                Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/14/2014 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $      20,000.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 20,000.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 12/19/2014 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,260.87 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,260.87 , for a total compensation of $ 2,260.87 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/23/2016          By: /s/Robert B. Katz, Trustee
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | | |
|---|---|---|
| Case No: | 14-13866 CAD Judge: CAROL A. DOYLE | Trustee Name: Robert B. Katz, Trustee |
| Case Name: | HARPER, ROSE M. | Date Filed (f) or Converted (c): 04/14/14 (f) |
| | | 341(a) Meeting Date: 06/05/14 |
| For Period Ending: | 05/23/16 | Claims Bar Date: 12/19/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. ESTATE OF A DECEDENT (u) | 0.00 | 20,000.00 | | 20,000.00 | FA |
| Inheritence from wrongful death lawsuit for deceased husband of debtor. | | | | | |
| 2. Real Estate: Joint Tenancy | 165,000.00 | 0.00 | | 0.00 | FA |
| Real Estate (Joint Tenant) located at: 17808 S. Rose St, Lansing, IL 60438 | | | | | |
| 3. CHECKING ACCOUNT | 1,800.00 | 0.00 | | 0.00 | FA |
| Checking Account - Bank of America | | | | | |
| 4. HOUSEHOLD GOODS | 800.00 | 0.00 | | 0.00 | FA |
| Miscellaneous Used Household Goods | | | | | |
| 5. WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| Personal Used Clothing | | | | | |
| 6. INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| Term Life Insurance with Globe - No Cash Surrender Value | | | | | |
| 7. RETIREMENT PLANS | 0.00 | 0.00 | | 0.00 | FA |
| 401(K) Through Employer | | | | | |
| 8. RETIREMENT PLANS | 0.00 | 0.00 | | 0.00 | FA |
| Pension Through Former Employer | | | | | |
| 9. AUTOMOBILES AND OTHER VEHICLES | 1,479.00 | 0.00 | | 0.00 | FA |
| 1998 Nissan Altime XR -- mileage 140,000 | | | | | |
| 10. AUTOMOBILES AND OTHER VEHICLES | 11,591.00 | 0.00 | | 0.00 | FA |
| 2007 Saturn - Outlook GLE Sedan | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $180,970.00 | $20,000.00 | | $20,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*  Ver: 19.06a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 14-13866   CAD   Judge: CAROL A. DOYLE | Trustee Name: Robert B. Katz, Trustee |
| Case Name: | HARPER, ROSE M. | Date Filed (f) or Converted (c): 04/14/14 (f) |
| | | 341(a) Meeting Date: 06/05/14 |
| | | Claims Bar Date: 12/19/14 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has retained counsel, who filed an adversary action, to pursue Trustee's interest in the probate estate of

debtor's late husband. Trustee received a distribution from the probate estate in the amount of $20,000 on 04/13/16.

Initial Projected Date of Final Report (TFR): 06/30/17      Current Projected Date of Final Report (TFR): 06/30/17

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 14-13866 -CAD | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | HARPER, ROSE M. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7167  Checking Account |
| Taxpayer ID No: | *******4307 | | |
| For Period Ending: | 05/23/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/18/16 | | Clifford Law Offices, PC<br>120 N. LaSalle St. 31st Floor<br>Chicago, IL 60602 | Interest in Probate Estate<br>Trustee's interest in debtor's deceased husband's probate estate | 1129-000 | 20,000.00 | | 20,000.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 20,000.00 | 0.00 | 20,000.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 20,000.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 20,000.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********7167 | 20,000.00 | 0.00 | 20,000.00 |
| | 20,000.00 | 0.00 | 20,000.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ Robert B. Katz, Trustee   Date: 05/23/16
ROBERT B. KATZ, TRUSTEE

Page Subtotals   20,000.00   0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 23, 2016 |
|---|---|---|---|---|---|---|

Case Number: 14-13866  
Debtor Name: HARPER, ROSE M.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Springer Brown, LLC<br>300 South County Farm Road<br>Wheaton, IL 60187 | Administrative | | $2,762.50 | $0.00 | $2,762.50 |
| 001<br>2100-00 | Robert B. Katz<br>53 W. Jackson Blvd. Suite 1320<br>Chicago, IL 60604 | Administrative | | $2,260.87 | $0.00 | $2,260.87 |
| 001<br>2700-00 | US Bankruptcy Court<br>Eastern Division<br>219 S. Dearborn<br>Chicago, IL 60604 | Administrative | | $350.00 | $0.00 | $350.00 |
| 999<br>8200-00 | ROSE M. HARPER<br>17808 S Rose St<br>LANSING, IL 60438 | Unsecured | | $4,891.27 | $0.00 | $4,891.27 |
| 000001<br>070<br>UC | Atlas Acquisitions LLC (General Electric Capital)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $1,303.56 | $0.00 | $1,303.56 |
| 000002<br>070<br>UC | Atlas Acquisitions LLC (Citibank (South Dakota),)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $1,178.59 | $0.00 | $1,178.59 |
| 000003<br>070<br>UC | Atlas Acquisitions LLC (General Electric Capital)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $1,329.26 | $0.00 | $1,329.26 |
| 000004<br>070<br>UC | Sprint Corp.<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 | Unsecured | | $614.73 | $0.00 | $614.73 |
| 000005<br>070<br>UC | Nicor Gas<br>Attn: Bankruptcy & Collections<br>PO Box 549<br>Aurora, IL 60507 | Unsecured | | $884.51 | $0.00 | $884.51 |
| 000006<br>070<br>UC | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000007<br>070<br>UC | Portfolio Recovery Associates, LLC<br>Successor to WASHINGTON<br>MUTUAL BANK<br>(PROVIDIAN NATIONAL BANK)<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $4,404.75 | $0.00 | $4,404.75 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 23, 2016 |
|---|---|---|---|---|---|---|

Case Number:  14-13866  
Debtor Name:  HARPER, ROSE M.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $19,980.04 | $0.00 | $19,980.04 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-13866
Case Name: HARPER, ROSE M.
Trustee Name: Robert B. Katz, Trustee

| | | |
|---|---|---|
| Balance on hand | $ | 20,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz, Trustee | $ 2,260.87 | $ 0.00 | $ 2,260.87 |
| Attorney for Trustee Fees: Springer Brown, LLC | $ 2,762.50 | $ 0.00 | $ 2,762.50 |
| Charges: US Bankruptcy Court | $ 350.00 | $ 0.00 | $ 350.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 5,373.37 |
| Remaining Balance | $ 14,626.63 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,715.40  have been allowed and will be paid <u>pro</u> <u>rata</u> only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC (General | $ 1,303.56 | $ 0.00 | $ 1,303.56 |
| 000002 | Atlas Acquisitions LLC (Citibank (South | $ 1,178.59 | $ 0.00 | $ 1,178.59 |
| 000003 | Atlas Acquisitions LLC (General | $ 1,329.26 | $ 0.00 | $ 1,329.26 |
| 000004 | Sprint Corp. | $ 614.73 | $ 0.00 | $ 614.73 |
| 000005 | Nicor Gas | $ 884.51 | $ 0.00 | $ 884.51 |
| 000006 | American Express Centurion Bank | $ 0.00 | $ 0.00 | $ 0.00 |
| 000007 | Portfolio Recovery Associates, LLC | $ 4,404.75 | $ 0.00 | $ 4,404.75 |

Total to be paid to timely general unsecured creditors    $        9,715.40

Remaining Balance    $        4,911.23

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid <u>pro</u> <u>rata</u> only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of  0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 19.96 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 4,891.27 .