**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| e M. Harper | ) CHAPTER 7 |
|  | ) |
|  | ) No. 14-13866 |
|  | ) |
| Debtors | ) Hon. CAROL A. DOYLE |
|  | ) BANKRUPTCY JUDGE |

**CERTIFICATE OF SERVICE**

B. Katz, Trustee, states that he served a copy of the foregoing Notice by causing same t
sited in the U.S. Mail, with proper postage prepaid, addressed to the parties as listed
n the 24th day of May, 2016.

Nextel Correspondence
BANKRUPTCY DEPT
: 7949
id Park, KS 66207-0949

an Express Centurion Bank
ket and Lee LLP
: 3001
n, PA 19355-0701

ias
ankruptcy & Collections
: 549
. IL 60507-0549

.cquisitions LLC (Citibank (South Dakota))
ion St.