# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS

In re:                                          §
                                                §
HARPER, ROSE M.                                 §        Case No. 14-13866
                                                §
            Debtor                              §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert B. Katz, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 161,628.00                    Assets Exempt: 19,342.00
(*Without deducting any secured claims*)

Total Distributions to Claimants: 9,735.36      Claims Discharged
                                                Without Payment: 17,816.00

Total Expenses of Administration: 5,373.37

3) Total gross receipts of $ 20,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 4,891.27  (see **Exhibit 2**), yielded net receipts of $ 15,108.73  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 269,473.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,373.37 | 5,373.37 | 5,373.37 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 17,816.00 | 14,041.42 | 9,715.40 | 9,735.36 |
| **TOTAL DISBURSEMENTS** | $ 287,289.00 | $ 19,414.79 | $ 15,088.77 | $ 15,108.73 |

4) This case was originally filed under chapter 7 on  04/14/2014 .  The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/12/2016                           By:/s/Robert B. Katz, Trustee
                                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Other Schedule B Personal Property (not listed above) | 1129-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | $ 20,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ROSE M. HARPER | Surplus Funds Paid to Debtor  726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 4,891.27 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 4,891.27 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Credit Acceptance Attn: Bankruptcy Dept 25505 West 12 Mile Rd Ste 3000 Southfield, MI 48034 | | 14,963.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MIDLAND MORTGAGE P.O. BOX 26648 OKLAHOMA CITY, OK 73126 | | 254,510.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 269,473.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT B. KATZ | 2100-000 | NA | 2,260.87 | 2,260.87 | 2,260.87 |
| US BANKRUPTCY COURT | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| SPRINGER BROWN, LLC | 3210-000 | NA | 2,762.50 | 2,762.50 | 2,762.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 5,373.37 | $ 5,373.37 | $ 5,373.37 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMERICAN EXPRESS C/O LEGAL DEPT. P.O. BOX 53776 PHOENIX, AZ 85072 | | 3,500.00 | NA | NA | 0.00 |
| | Choice Recovery 1550 Old Henderson Rd St Columbus, OH 43220 | | 25.00 | NA | NA | 0.00 |
| | ComEd 3 Lincoln Center Attn: Bkcy Group-Claims Department Oakbrook Terrace, IL 60181 | | 900.00 | NA | NA | 0.00 |
| | Comcast Xfinity 16650 S. Oak Park Ave Tinley Park, IL 60477 | | 600.00 | NA | NA | 0.00 |
| | Dependon Collection Se Attn: Bankruptcy Po Box 4833 Oak Brook, IL 60523 | | 497.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ENTERPRISE LEASING C/O SCHUSSLER & KUTSULIS, LTD. 9631 W.153RD STREET Orland Park, IL 60462 | | 800.00 | NA | NA | 0.00 |
| | Midwest Eye Center 1700 East West Rd Calumet City, IL 60409 | | 400.00 | NA | NA | 0.00 |
| | Municollofam 3348 Ridge Road Lansing, IL 60438 | | 1,012.00 | NA | NA | 0.00 |
| | Nicor Gas Attn: Bankruptcy & Collections PO Box 549 Aurora, IL 60507 | | 1,000.00 | NA | NA | 0.00 |
| | Portfolio Recovery Attn: Bankruptcy PO Box 41067 Norfolk, VA 23541 | | 4,721.00 | NA | NA | 0.00 |
| | Seventh Ave 1112 7th Ave Monroe, WI 53566 | | 864.00 | NA | NA | 0.00 |
| | South Suburban Hospital 17800 S. Kedzie Avenue Hazel Crest, IL 60429 | | 2,000.00 | NA | NA | 0.00 |
| | Sprint Attn: Bankruptcy Dept. P.O. Box 8077 London, KY 40742 | | 600.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Stellar Recovery Inc 1327 Highway 2 Wes Kalispell, MT 59901 |  | 541.00 | NA | NA | 0.00 |
|  | US Cellular PO Box 0203 Attn: Bankruptcy Dept. Palatine, IL 60055-0203 |  | 300.00 | NA | NA | 0.00 |
|  | Unique National Collec 119 E Maple St Jeffersonville, IN 47130 |  | 56.00 | NA | NA | 0.00 |
| 000006 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 4,326.02 | 0.00 | 0.00 |
| 000002 | ATLAS ACQUISITIONS LLC (CITIBANK (S | 7100-000 | NA | 1,178.59 | 1,178.59 | 1,178.59 |
| 000001 | ATLAS ACQUISITIONS LLC (GENERAL ELE | 7100-000 | NA | 1,303.56 | 1,303.56 | 1,303.56 |
| 000003 | ATLAS ACQUISITIONS LLC (GENERAL ELE | 7100-000 | NA | 1,329.26 | 1,329.26 | 1,329.26 |
| 000005 | NICOR GAS | 7100-000 | NA | 884.51 | 884.51 | 884.51 |
| 000007 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 4,404.75 | 4,404.75 | 4,404.75 |
| 000004 | SPRINT CORP. | 7100-000 | NA | 614.73 | 614.73 | 614.73 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ATLAS ACQUISITIONS LLC (CITIBANK (S | 7990-000 | NA | NA | NA | 1.61 |
| | ATLAS ACQUISITIONS LLC (GENERAL ELE | 7990-000 | NA | NA | NA | 3.60 |
| | NICOR GAS | 7990-000 | NA | NA | NA | 1.21 |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7990-000 | NA | NA | NA | 6.02 |
| | SPRINT CORP. | 7990-000 | NA | NA | NA | 0.84 |
| | HARPER, ROSE M. | 7990-002 | NA | NA | NA | 6.68 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 17,816.00 | $ 14,041.42 | $ 9,715.40 | $ 9,735.36 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 14-13866 CAD Judge: CAROL A. DOYLE | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | HARPER, ROSE M. | Date Filed (f) or Converted (c): | 04/14/14 (f) |
| | | 341(a) Meeting Date: | 06/05/14 |
| For Period Ending: | 09/12/16 | Claims Bar Date: | 12/19/14 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. ESTATE OF A DECEDENT (u) Inheritance from wrongful death lawsuit for deceased husband of debtor. | | 0.00 | 20,000.00 | | 20,000.00 | FA |
| 2. Real Estate: Joint Tenancy Real Estate (Joint Tenant) located at: 17808 S. Rose St, Lansing, IL 60438 | | 165,000.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT Checking Account - Bank of America | | 1,800.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS Miscellaneous Used Household Goods | | 800.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL Personal Used Clothing | | 300.00 | 0.00 | | 0.00 | FA |
| 6. INSURANCE POLICIES Term Life Insurance with Globe - No Cash Surrender Value | | 0.00 | 0.00 | | 0.00 | FA |
| 7. RETIREMENT PLANS 401(K) Through Employer | | 0.00 | 0.00 | | 0.00 | FA |
| 8. RETIREMENT PLANS Pension Through Former Employer | | 0.00 | 0.00 | | 0.00 | FA |
| 9. AUTOMOBILES AND OTHER VEHICLES 1998 Nissan Altime XR -- mileage 140,000 | | 1,479.00 | 0.00 | | 0.00 | FA |
| 10. AUTOMOBILES AND OTHER VEHICLES 2007 Saturn - Outlook GLE Sedan | | 11,591.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $180,970.00 | $20,000.00 | | $20,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 14-13866    CAD    Judge: CAROL A. DOYLE | | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | HARPER, ROSE M. | | Date Filed (f) or Converted (c): | 04/14/14 (f) |
| | | | 341(a) Meeting Date: | 06/05/14 |
| | | | Claims Bar Date: | 12/19/14 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has retained counsel, who filed an adversary action, to pursue Trustee's interest in the probate estate of

debtor's late husband. Trustee received a distribution from the probate estate in the amount of $20,000 on 04/13/16.

Initial Projected Date of Final Report (TFR): 06/30/17          Current Projected Date of Final Report (TFR): 06/30/17

Page:   1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 14-13866  -CAD |
| Case Name: | HARPER, ROSE M. |
| | |
| Taxpayer ID No: | *******4307 |
| For Period Ending: | 09/12/16 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7167  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 04/18/16 | | Clifford Law Offices, PC 120 N. LaSalle St. 31st Floor Chicago, IL 60602 | Interest in Probate Estate Trustee's interest in debtor's deceased husband's probate estate | 1129-000 | 20,000.00 | | 20,000.00 |
| * | 06/24/16 | 010001 | Springer Brown, LLC 300 South County Farm Road Wheaton, IL 60187 | Attorney for Trustee Fees (Trustee | 3210-003 | | 2,762.50 | 17,237.50 |
| * | 06/24/16 | 010001 | Springer Brown, LLC 300 South County Farm Road Wheaton, IL 60187 | Attorney for Trustee Fees (Trustee | 3210-003 | | -2,762.50 | 20,000.00 |
| * | 06/24/16 | 010002 | US Bankruptcy Court Eastern Division 219 S. Dearborn Chicago, IL 60604 | Clerk of the Courts Costs (includes | 2700-003 | | 350.00 | 19,650.00 |
| * | 06/24/16 | 010002 | US Bankruptcy Court Eastern Division 219 S. Dearborn Chicago, IL 60604 | Clerk of the Courts Costs (includes | 2700-003 | | -350.00 | 20,000.00 |
| * | 06/24/16 | 010003 | Robert B. Katz 53 W. Jackson Blvd. Suite 1320 Chicago, IL 60604 | Trustee Compensation | 2100-003 | | 2,260.87 | 17,739.13 |
| * | 06/24/16 | 010003 | Robert B. Katz 53 W. Jackson Blvd. Suite 1320 Chicago, IL 60604 | Trustee Compensation | 2100-003 | | -2,260.87 | 20,000.00 |
| * | 06/24/16 | 010004 | Atlas Acquisitions LLC (General Electric Capital) 294 Union St. Hackensack, NJ 07601 | Claim 000001, Payment 100.13655% | | | 1,305.34 | 18,694.66 |
| | | | | Claim          1,303.56 | 7100-003 | | | |
| | | | | Interest          1.78 | 7990-003 | | | |

Page Subtotals  20,000.00  1,305.34

Ver: 19.06a

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2                                                                                                    Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                        Exhibit 9

| Case No: | 14-13866 -CAD | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | HARPER, ROSE M. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7167  Checking Account |
| Taxpayer ID No: | *******4307 | | |
| For Period Ending: | 09/12/16 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 06/24/16 | 010004 | Atlas Acquisitions LLC (General Electric Capital) 294 Union St. Hackensack, NJ 07601 | Claim 000001, Payment 100.13655% | | | -1,305.34 | 20,000.00 |
| | | | Claim       (    1,303.56 ) | 7100-003 | | | |
| | | | Interest     (      1.78 ) | 7990-003 | | | |
| * 06/24/16 | 010005 | Atlas Acquisitions LLC (Citibank (South Dakota),) 294 Union St. Hackensack, NJ 07601 | Claim 000002, Payment 100.13660% | | | 1,180.20 | 18,819.80 |
| | | | Claim       1,178.59 | 7100-003 | | | |
| | | | Interest      1.61 | 7990-003 | | | |
| * 06/24/16 | 010005 | Atlas Acquisitions LLC (Citibank (South Dakota),) 294 Union St. Hackensack, NJ 07601 | Claim 000002, Payment 100.13660% | | | -1,180.20 | 20,000.00 |
| | | | Claim       (    1,178.59 ) | 7100-003 | | | |
| | | | Interest     (      1.61 ) | 7990-003 | | | |
| * 06/24/16 | 010006 | Atlas Acquisitions LLC (General Electric Capital) 294 Union St. Hackensack, NJ 07601 | Claim 000003, Payment 100.13692% | | | 1,331.08 | 18,668.92 |
| | | | Claim       1,329.26 | 7100-003 | | | |
| | | | Interest      1.82 | 7990-003 | | | |
| * 06/24/16 | 010006 | Atlas Acquisitions LLC (General Electric Capital) 294 Union St. Hackensack, NJ 07601 | Claim 000003, Payment 100.13692% | | | -1,331.08 | 20,000.00 |
| | | | Claim       (    1,329.26 ) | 7100-003 | | | |

| | | Page Subtotals | 0.00 | -1,305.34 |
|---|---|---|---|---|

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

Page: 3

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-13866 -CAD | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | HARPER, ROSE M. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7167  Checking Account |
| Taxpayer ID No: | *******4307 | | |
| For Period Ending: | 09/12/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Interest (        1.82) | 7990-003 | | | |
| * 06/24/16 | 010007 | Sprint Corp. Attn Bankruptcy Dept PO Box 7949 Overland Park KS 66207-0949 | Claim 000004, Payment 100.13665% | | | 615.57 | 19,384.43 |
| | | | Claim        614.73 | 7100-003 | | | |
| | | | Interest        0.84 | 7990-003 | | | |
| * 06/24/16 | 010007 | Sprint Corp. Attn Bankruptcy Dept PO Box 7949 Overland Park KS 66207-0949 | Claim 000004, Payment 100.13665% | | | -615.57 | 20,000.00 |
| | | | Claim (        614.73 ) | 7100-003 | | | |
| | | | Interest (        0.84) | 7990-003 | | | |
| * 06/24/16 | 010008 | Nicor Gas Attn: Bankruptcy & Collections PO Box 549 Aurora, IL 60507 | Claim 000005, Payment 100.13680% | | | 885.72 | 19,114.28 |
| | | | Claim        884.51 | 7100-003 | | | |
| | | | Interest        1.21 | 7990-003 | | | |
| * 06/24/16 | 010008 | Nicor Gas Attn: Bankruptcy & Collections PO Box 549 Aurora, IL 60507 | Claim 000005, Payment 100.13680% | | | -885.72 | 20,000.00 |
| | | | Claim (        884.51 ) | 7100-003 | | | |
| | | | Interest (        1.21) | 7990-003 | | | |
| * 06/24/16 | 010009 | Portfolio Recovery Associates, LLC Successor to WASHINGTON MUTUAL BANK (PROVIDIAN NATIONAL BANK) POB 41067 | Claim 000007, Payment 100.13667% | | | 4,410.77 | 15,589.23 |

Page Subtotals          0.00          4,410.77

Ver: 19.06a

FORM 2

Page:   4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 14-13866  -CAD |
| Case Name: | HARPER, ROSE M. |
| Taxpayer ID No: | *******4307 |
| For Period Ending: | 09/12/16 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7167  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Norfolk, VA 23541 | | | | | | |
| | | | Claim | 4,404.75 | 7100-003 | | | |
| | | | Interest | 6.02 | 7990-003 | | | |
| * 06/24/16 | 010009 | Portfolio Recovery Associates, LLC Successor to WASHINGTON MUTUAL BANK (PROVIDIAN NATIONAL BANK) POB 41067 Norfolk, VA 23541 | Claim 000007, Payment 100.13667% | | | | -4,410.77 | 20,000.00 |
| | | | Claim | ( 4,404.75 ) | 7100-003 | | | |
| | | | Interest | ( 6.02 ) | 7990-003 | | | |
| * 06/24/16 | 010010 | ROSE M. HARPER 17808 S Rose St LANSING, IL  60438 | Surplus Funds | | | | 4,897.95 | 15,102.05 |
| | | | Claim | 4,891.27 | 8200-003 | | | |
| | | | Interest | 6.68 | 7990-003 | | | |
| * 06/24/16 | 010010 | ROSE M. HARPER 17808 S Rose St LANSING, IL  60438 | Surplus Funds | | | | -4,897.95 | 20,000.00 |
| | | | Claim | ( 4,891.27 ) | 8200-003 | | | |
| | | | Interest | ( 6.68 ) | 7990-003 | | | |
| 07/07/16 | 010011 | Springer Brown, LLC 300 South County Farm Road Wheaton, IL 60187 | Attorney for Trustee Fees (Trustee | | 3210-000 | | 2,762.50 | 17,237.50 |
| 07/07/16 | 010012 | US Bankruptcy Court Eastern Division 219 S. Dearborn Chicago, IL 60604 | Clerk of the Courts Costs (includes | | 2700-000 | | 350.00 | 16,887.50 |
| 07/07/16 | 010013 | Robert B. Katz 53 W. Jackson Blvd. Suite 1320 | Trustee Compensation | | 2100-000 | | 2,260.87 | 14,626.63 |

Page Subtotals          0.00          962.60

Ver: 19.06a

FORM 2   Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 14-13866  -CAD |
| Case Name: | HARPER, ROSE M. |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7167  Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******4307 |
| For Period Ending: | 09/12/16 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL 60604 | | | | | | |
| 07/07/16 | 010014 | Atlas Acquisitions LLC (General Electric Capital) 294 Union St. Hackensack, NJ 07601 | Claim 000001, Payment 100.13655% | | | | 1,305.34 | 13,321.29 |
| | | | Claim Interest | 1,303.56 1.78 | 7100-000 7990-000 | | | |
| 07/07/16 | 010015 | Atlas Acquisitions LLC (Citibank (South Dakota),) 294 Union St. Hackensack, NJ 07601 | Claim 000002, Payment 100.13660% | | | | 1,180.20 | 12,141.09 |
| | | | Claim Interest | 1,178.59 1.61 | 7100-000 7990-000 | | | |
| 07/07/16 | 010016 | Atlas Acquisitions LLC (General Electric Capital) 294 Union St. Hackensack, NJ 07601 | Claim 000003, Payment 100.13692% | | | | 1,331.08 | 10,810.01 |
| | | | Claim Interest | 1,329.26 1.82 | 7100-000 7990-000 | | | |
| 07/07/16 | 010017 | Sprint Corp. Attn Bankruptcy Dept PO Box 7949 Overland Park KS 66207-0949 | Claim 000004, Payment 100.13665% | | | | 615.57 | 10,194.44 |
| | | | Claim Interest | 614.73 0.84 | 7100-000 7990-000 | | | |
| 07/07/16 | 010018 | Nicor Gas Attn: Bankruptcy & Collections PO Box 549 Aurora, IL 60507 | Claim 000005, Payment 100.13680% | | | | 885.72 | 9,308.72 |
| | | | Page Subtotals | | | 0.00 | 5,317.91 | |

Ver: 19.06a

FORM 2                                                                                    Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                        Exhibit 9

| | |
|---|---|
| Case No: | 14-13866 -CAD |
| Case Name: | HARPER, ROSE M. |
| Taxpayer ID No: | *******4307 |
| For Period Ending: | 09/12/16 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7167  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Claim           884.51 | 7100-000 | | | |
| | | | Interest           1.21 | 7990-000 | | | |
| 07/07/16 | 010019 | Portfolio Recovery Associates, LLC Successor to WASHINGTON MUTUAL BANK (PROVIDIAN NATIONAL BANK) POB 41067 Norfolk, VA 23541 | Claim 000007, Payment 100.13667% | | | 4,410.77 | 4,897.95 |
| | | | Claim         4,404.75 | 7100-000 | | | |
| | | | Interest           6.02 | 7990-000 | | | |
| 07/07/16 | 010020 | ROSE M. HARPER 17808 S Rose St LANSING, IL  60438 | Surplus Funds | | | 4,897.95 | 0.00 |
| | | | Claim         4,891.27 | 8200-002 | | | |
| | | | Interest           6.68 | 7990-000 | | | |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 20,000.00 | 20,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 20,000.00 | 20,000.00 | |
| Less:  Payments to Debtors | | 4,897.95 | |
| Net | 20,000.00 | 15,102.05 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******7167 | 20,000.00 | 15,102.05 | 0.00 |
| | 20,000.00 | 15,102.05 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                                      0.00                    9,308.72

Ver: 19.06a

FORM 2                                                                                                          Page:    7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 14-13866  -CAD |
| Case Name: | HARPER, ROSE M. |
| | |
| Taxpayer ID No: | *******4307 |
| For Period Ending: | 09/12/16 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7167  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: ___/s/___   Robert B. Katz, Trustee_____  Date: 09/12/16

ROBERT B. KATZ, TRUSTEE

Page Subtotals                0.00                    0.00

Ver: 19.06a